**SO ORDERED.**

**SIGNED this 18 day of December, 2013.**



_____
**James D. Walker, Jr.
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| GEORGE A. MAZZANT, III, | : | |
| | : | CASE NO. 13-51671 |
| Debtor | : | |

### ORDER ON MOTION FOR CONTINUATION OF AUTOMATIC STAY

UPON the Debtor's Motion for Continuation of Automatic Stay, all timely filed objections being overruled, and for cause shown it is

ORDERED that the automatic stay is continued under § 362(a) as to all creditors for the duration of this Chapter 7 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

END OF DOCUMENT

KATZ, FLATAU & BOYER, L.L.P.
WESLEY J. BOYER
State Bar No. 073126
Attorney for Debtor
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481