In the final paragraph, rather than specify that the motion is "consolidated" with the adversary proceeding, this order proves that the motion is "coordinated" with the adversary proceeding for trial on the merits.



**SO ORDERED.**

**SIGNED this 18 day of March, 2014.**

_____
**James D. Walker, Jr.
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| GEORGE A. MAZZANT, III, | : | Case No. 13-51671-JDW |
|    Debtor | : | |
| v. | : | |
| DAVID HUGHES AND HUGHES COMPANY, INC., | : | |
|    Movants | | |

ORDER

The above styled Motion having been set down for a hearing before this Court on the 17TH day of March 2014, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and based upon the announcements made in open Court,

IT IS HEREBY ORDERED that the Motion to Dismiss shall be continued until further order of the Court and consolidated with Adversary Proceeding No. 14-5008 for trial on the merits.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

*/s/ Daniel L. Wilder*
Georgia Bar No. 141448
Attorney for Movants
544 Mulberry Street, Ste. 800
Macon, Georgia 31201
Telephone: (478) 745-5415